UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Joeffre Kolosky,

        Plaintiff,                Civil File No. 04-1427 (MJD/SRN)

v.                                **ORDER**

Unum Life Insurance Company
of America,

        Defendant.

_____

Defendant Unum Life Insurance Company of America ("Unum") brought a motion to release a supersedeas bond filed in conjunction with an appeal in this matter. Based upon the motion papers submitted and all other matters contained in the file, it is hereby ordered that:

1. The Clerk of Court is hereby directed to release the original Supersedeas Bond No. 04-1427 to a representative of Unum.


Dated:   September 7, 2011              s/ Michael J. Davis
                                                Michael J. Davis
                                                Chief United States District Court Judge